IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff

vs.

                                               **Civil Action No. 3:16-cv-667 (JAG)**

MERRILL ROBERTSON, JR., SHERMAN C. VAUGHN, JR.,
And CAVALIER UNION INVESTMENTS, LLC,

    Defendants

## ENTRY OF DEFAULT

IT APPEARING by affidavit of counsel for the plaintiff that the defendant, Sherman C. Vaughn, Jr., has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendant, Sherman C. Vaughn, Jr.

                                                           FERNANDO GALINDO, CLERK

November 29, 2017                                           BY: _____
                                                                  T/ Johnston, Deputy Clerk