UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>v.<br><br>MERRILL ROBERTSON, JR., SHERMAN C. VAUGHN, JR., and CAVALIER UNION INVESTMENTS, LLC,<br>          Defendants. | Case No. 3:16-cv-667 (JAG) |

## CONSENT MOTION TO STAY

Plaintiff, the Securities and Exchange Commission, by its undersigned counsel, and with the consent of Defendant Robertson, moves the Court for an order staying the summary judgment schedule set forth by the Court in its December 20, 2017 Order, Docket No. 43, and all other deadlines in this case with respect to Defendant Robertson.

Plaintiff and Defendant Robertson have agreed to a proposed settlement that the SEC staff will submit for the review and consideration of the Commission. Defendant Robertson has signed the consent to judgment. However, the SEC staff does not have authority to bind the SEC to this settlement and must submit the recommendation for the review and approval of certain offices and Divisions within the Commission and the Commission itself. The SEC requests the stay to enable the SEC staff to submit the proposed settlement for review.[1] The SEC further requests that the Court order that, on or before March 30, 2018, the SEC shall file the consent

---

[1] The SEC anticipates that this process should be completed by March 30, 2018.

and proposed final order or report to the Court why such settlement documents have not been filed.

A proposed Order is attached.

WHEREFORE, the SEC respectfully requests that this Court grant this consent motion to stay.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

s/ Jonathan H. (Jay) Hambrick
Jonathan H. (Jay) Hambrick
Virginia State Bar No. 37590
Attorney for the Plaintiff
Office of the United States Attorney
919 E. Main Street, Suite 1900
Richmond, VA 23219-4625
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: jay.h.hambrick@usdoj.gov

s/ John V. Donnelly III
John V. Donnelly III (*pro hac vice*)
**SECURITIES AND EXHANGE COMMISSION**
Philadelphia Regional Office
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Phone: (215) 597-3100
Fax: (215) 597-2740
Email: DonnellyJ@sec.gov

John J. Bowers (*pro hac vice*)
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549
Phone: (202) 551-4645
Fax: (703) 813-9359
Email: BowersJ@sec.gov

Attorneys for Plaintiff: Plaintiff Securities and Exchange Commission

Dated: January 23, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Allison Baker Shealy
ashealy@shulmanrogers.com,

Christina Marie Petrella
cpetrella@lawpf.com

Langston David McFadden
lmcfadden@lawpf.com

Katherine Martin
Katherine.martin@usdoj.gov

I also hereby certify that I have arranged for the foregoing to be mailed this same day by first class mail to:

Sherman Carl Vaughn, Jr.
422 W. Entrance Road
Blackstone, VA  23824

Cavalier Union Investments, LLC
c/o Sherman Carl Vaughn, Jr., Registered Agent
422 W. Entrance Road
Blackstone, VA  23824

    /s/
Jonathan H. Hambrick
Virginia State Bar No. 37590
Attorney for Plaintiff
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia  23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
jay.h.hambrick@usdoj.gov