IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SECURITIES & EXCHANGE COMMISSION,
       Plaintiff,

v.                                       Civil Action No. 3:16-cv-00667-JAG

MERRILL ROBERTSON, JR.,
SHERMAN C. VAUGHN, JR., and
CAVALIER UNION INVESTMENTS, LLC,
       Defendants.

## ORDER

On March 30, 2018, the plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to one of the defendants in this case, Cavalier Union Investments, LLC. (Dk. No. 49.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to terminate Cavalier Union Investments, LLC, as a defendant in this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: ____4/2____, 2018
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge